# IN THE SUPREME COURT OF THE STATE OF NEVADA

RONNIE LONG, JR.,
Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK,
Respondent.

No. 71927

FILED

JAN 1 2 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This original petition seeks a writ of mandamus. Petitioner seems to challenge the district court's decision on a postconviction petition for a writ of habeas corpus.[1] Our intervention through a writ of mandamus is not warranted because petitioner has an adequate remedy at law—he may appeal from an order denying a postconviction petition for a writ of habeas corpus as provided in NRS 34.575(1). *See* NRS 34.170 (providing that writ of mandamus is proper only when there is no plain, adequate, and speedy legal remedy); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004) ("[T]he right to appeal is

---

[1]It is not clear that petitioner has ever filed a postconviction petition for a writ of habeas corpus in the district court. Although he has not provided an appendix containing portions of the district court record necessary for our consideration of the petition, *see* NRAP 21(a)(4), the petition alleges that he filed a postconviction habeas petition on June 6, 2014. But, the petition also refers to the document filed on that date as an "appeal." Our records indicate that petitioner filed a notice of appeal dated June 6, 2014, from the judgment of conviction. The appeal was then docketed in this court, but we dismissed it for lack of jurisdiction because the notice of appeal was not filed within the 30-day appeal period, as the judgment of conviction had been entered on December 19, 2012. *Long v. State*, Docket No. 65867 (Order Dismissing Appeal, July 24, 2014).

17-01226

generally an adequate legal remedy that precludes writ relief."). We therefore

ORDER the petition DENIED.[2]

_____ , J.
Douglas

_____ , J.
Gibbons

_____ , J.
Pickering

cc:     Hon. Elissa Cadish, District Judge
        Ronnie Long, Jr.
        Attorney General/Carson City
        Eighth District Court Clerk

---

[2]Because no filing fee was charged in this matter, *see* NRS 2.250(1)(d)(3), we will take no action on the motion to waive the fee.